UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DRAGOMIR TASKOV, <br> Defendant. | 2:10-CR-00217-PMP-PAL <br><br> **ORDER** |

The Court having read and considered Defendant Taskov's Motion in Limine Regarding Bad Acts Evidence (Doc. #137) and Plaintiff United State's Response in Opposition thereto (Doc. #182) and good cause appearing,

**IT IS ORDERED** that Defendant Taskov's Motion in Limine Regarding Bad Acts Evidence (Doc. #137) is **DENIED** without prejudice to Defendant Taskov to reassert objections to particular items of "bad acts evidence" offered by the prosecution at the time of trial. This will enable the Court to consider the evidence proffered by the Government in the context of the overall presentation of evidence at trial, and will further enable the Court to consider the viability of necessary limiting jury instructions.

DATED: October 26, 2011.

_____
PHILIP M. PRO
United States District Judge