UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America
                   Plaintiff,

vs.

Dragomir Taskov

                   Defendant.

District No.   2:10-cr-00217-PMP-PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On July 18th, 2012 this court received a transcript order form dated July 11th, 2012 requesting a Transcript of the Jury Trial held on February 28th, 2012 from Mr. Terrence Jackson, Counsel for Mr. Dragomir Taskov, in which **the Voir Dire portion of the trial day is sealed.** In addition, Mr. Terrence Jackson is requesting the July 6th, 2010 Motion Hearing, the November 9th, 2010 Status Conference, and the December 2nd, 2011 Motion Hearing in which **a portion of each hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of these recordings shall be unsealed by the Clerk for the limited purpose of providing a transcript of these hearings as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portions of these recordings shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of these transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of July, 2012.

_____
Philip M. Pro
United States Judge