# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSSEN DASKALOV,
aka Vesko Simeonov,

    Defendant.

2:10-CR-217-PMP-(PAL)

## PRELIMINARY ORDER OF FORFEITURE

On January 16, 2013, defendant ROSSEN DASKALOV pled guilty to Count One of a Thirty-Four-Count Second Superseding Criminal Indictment charging him in Count One with conspiracy to receive, possess, and conceal property stolen, unlawfully converted, and taken by fraud, which crossed a State boundary, in violation of Title 18, United States Code, Section 2315; to transport in interstate commerce property, which was stolen, converted, or taken by fraud in violation of Title 18, United States Code, Section 2314; to transmit interstate wire communications in furtherance and execution of a scheme and artifice to defraud in violation of Title 18, United States Code, Section 1343. Second Superseding Criminal Indictment, ECF No. 165; Plea Memorandum, ECF No. ___.

This Court finds defendant ROSSEN DASKALOV agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the Plea Memorandum. Second Superseding Criminal Indictment, ECF No. 165; Plea Memorandum, ECF No. ___.

. . .

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the Plea Memorandum and the offenses to which defendant ROSSEN DASKALOV pled guilty. Second Superseding Criminal Indictment, ECF No. 165; Plea Memorandum, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

an *in personam* criminal forfeiture money judgment of $1,072,297.64 in United States Currency, including:

1. 2008 Black, Subaru Tribeca, VIN: 4S4WX90D684411321;
2. 2008 Tracker Pro 170 boat, VIN: BUJ01971E708;
3. 2008 Black, Trailstar Boat Trailer, VIN: 4TM11GE188B001374;
4. 2008 Silver, Audi A3, VIN: WAUKD78P68A145019;
5. 2008 Silver, Subaru Impreza Outback Wagon, VIN: JF1GH63678H823361;
6. 2008 White, Mercedes Benz S550, VIN: WDDNG71X78A187996;
7. 2008 White and Black, Sea Ray boat, VIN: SERV4654A808;
8. 2008 Black, Shorelander Boat Trailer, VIN: 1MDASNY278A408389;
9. 2008 Silver, Audi A4, VIN: WAUAF78E98A114156;
10. 2007 Silver, Volvo S60, VIN: YV1RS592572638224; and
11. 2008 White, Hyundai Accent, VIN: KMHCN46C48U237243.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ROSSEN DASKALOV in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _22nd day of January, 2013.

<u>_____</u>
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on January 18, 2013 by the below identified method of service:

CM/ECF

Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Terry.Jackson.Esq@gmail.com
*Counsel for Dragomir Taskov*

John Momot, Jr.
520 South Fourth Street, Suite 300
Las Vegas, NV 89101
momotlawfirm@gmail.com
*Counsel for Dimitar Dimitrov*

Michael Sanft
520 South Fourth Street
Las Vegas, NV 89101
michael@sanftlaw.com
*Counsel for Boyan Gueorguiev*

Michael J. Miceli
330 South Third Street, Suite 860
Las Vegas, NV 89101
thomaspitaro@yahoo.com
*Counsel for Rossen Daskalov*

Charles E. Kelley
706 South Eighth Street
Las Vegas, NV 89101
ceklv@aol.com
*Counsel for Nikolay Mladenov*

                                        /s/Heidi L. Skillin
                                        HEIDI L. SKILLIN
                                        Forfeiture Support Associate Paralegal