# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSSEN DASKALOV, ) <br> aka Vesko Simeonov, ) <br> ) <br> Defendant. ) | 2:10-CR-217-PMP-(PAL) |

## ORDER OF FORFEITURE

This Court found on January 22, 2013, that ROSSEN DASKALOV, aka Vesko Simeonov, shall pay a criminal forfeiture money judgment of $1,072,297.64 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Preliminary Order of Forfeiture, ECF No. 320.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROSSEN DASKALOV, aka Vesko Simeonov, a criminal forfeiture money judgment in the amount of $1,072,297.64 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

. . .

. . .

. . .

. . .

Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p)

DATED 1st day of May 2013.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following |
| 3 | individuals were served with copies of the Order of Forfeiture on May 1, 2013, by the below identified |
| 4 | method of service: |
| 5 | CM/ECF: |

| | |
|---|---|
| Michael J. Miceli | John J. Momot, Jr. |
| Law Office of Thomas F. Pitaro | John J. Momot, Ltd. |
| 1212 South Casino Center Blvd. | 520 South Fourth Street Ste. 300 |
| Las Vegas, NV 89104 | Las Vegas, NV 89101 |
| thomaspitaro@yahoo.com | momotlawfirm@gmail.com |
| Attorney for Rossen Daskalov | Attorney for Dimitar Dimitrov |
| | |
| Terrence M. Jackson | Michael W. Sanft |
| Law Office of Terrence M. Jackson | Sanft Law |
| 624 South Ninth Street | 520 S. 4th St. |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Terry.Jackson.Esq@gmail.com | Michael@sanftlaw.com |
| Attorney for Dragomir Taskov | Attorney for Boyan Gueorguiev |

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal